UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

IN RE: ) CASE NO. 16-30858-PCM13
)
DONALD W DEHART ) **SPECIAL NOTICE**
CAROL  L DEHART ) RE: FED. BANKR. RULE 3002.1
)

# NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee below gives Notice that the amount paid towards the mortgage default in the below claim and the amount paid towards post-petition ongoing payments have been paid in the amounts indicated, and that the debtor(s) have completed and tendered to the Trustee, all payments under the plan.

## POST-PETITION MORTGAGE PAYMENTS OUTSIDE THE PLAN

Any post-petition mortgage payments are paid direct by the debtor(s) and the Trustee has no information regarding the veracity of those payments.   Unless the Trustee receives a copy of the Response (Form 4100R) to this Notice to the contrary, the Trustee will assume that all required post - petition mortgage payments have been made and the debtor(s) are current.

## RESPONSE REQUIRED IF DISAGREEMENT

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), debtor's counsel and the Trustee, within 21 days after service of this Notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the pre-petition default and stating whether the debtor(s) have (i) paid all outstanding post-petition fees, costs, and escrow amounts due, and (ii) consistent with §1322 (b)(5) of the Bankruptcy Code, are current on all post-petition payments as of the date of the   response.   Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

**Name of Creditor**: US BANK TRUST NATIONAL ASSOCIATION
 Court Claim#: 11                                             Last 4 digits of Account #: 0864
 Trustee Claim #: 004-0

May 12, 2021

/s/   Wayne Godare
Chapter 13 Trustee

# Disbursements for Claim

Case: 16-30858  DONALD W DEHART
**SELECT PORTFOLIO SERVICING INC**
ATTN REMITTANCE PROCESSII
PO BOX 65450
SALT LAKE CITY, UT  841

Sequence: 36
Modify:
Filed Date: 07/05/2016
Hold Code:

Acct No: ATTY FILE 15116863  7069  2

¶2B1 MTG (CHASE IN PLN) - 8

| | | | |
|---|---|---|---|
| Amt Sched: ########### | Debt: $16,664.82 | Interest Paid: $0.00 | |
| | | Accrued Int: $0.00 | |
| Amt Due: $0.00 | Paid: $16,664.82 | Balance Due: $0.00 | |

| Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|
| **0040  SELECT PORTFOLIO SERVICING INC** | | | | | |
| 12/28/2018 | 437023 | $633.02 | $0.00 | $633.02 | 01/07/2019 |
| 11/30/2018 | 435720 | $1,202.13 | $0.00 | $1,202.13 | 12/06/2018 |
| 10/31/2018 | 434356 | $1,202.13 | $0.00 | $1,202.13 | 11/09/2018 |
| 09/28/2018 | 433056 | $1,217.65 | $0.00 | $1,217.65 | 10/05/2018 |
| 08/31/2018 | 431671 | $940.15 | $0.00 | $940.15 | 09/10/2018 |
| 07/31/2018 | 430270 | $940.15 | $0.00 | $940.15 | 08/13/2018 |
| 06/29/2018 | 428906 | $938.12 | $0.00 | $938.12 | 07/13/2018 |
| 05/31/2018 | 427500 | $938.12 | $0.00 | $938.12 | 06/14/2018 |
| 04/30/2018 | 426139 | $938.12 | $0.00 | $938.12 | 05/18/2018 |
| 03/30/2018 | 424758 | $938.12 | $0.00 | $938.12 | 04/20/2018 |
| 02/28/2018 | 423475 | $938.12 | $0.00 | $938.12 | 03/09/2018 |
| 01/31/2018 | 422022 | $938.12 | $0.00 | $938.12 | 02/16/2018 |
| 12/29/2017 | 420649 | $938.12 | $0.00 | $938.12 | 01/05/2018 |
| 11/30/2017 | 419198 | $938.12 | $0.00 | $938.12 | 12/21/2017 |
| 10/31/2017 | 417718 | $938.12 | $0.00 | $938.12 | 11/13/2017 |
| 09/29/2017 | 416308 | $879.81 | $0.00 | $879.81 | 10/05/2017 |
| 08/31/2017 | 414829 | $741.16 | $0.00 | $741.16 | 09/18/2017 |
| 07/31/2017 | 414355 | $259.42 | $0.00 | $259.42 | 08/28/2017 |
| 06/30/2017 | 412848 | $206.12 | $0.00 | $206.12 | 07/07/2017 |
| | Sub-totals: | $16,664.82 | $0.00 | $16,664.82 | |
| | Grand Total: | $16,664.82 | $0.00 | | |

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 12 day of May , 2021.

DONALD W DEHART
CAROL   L DEHART
840 MEADOWLARK LN
TILLAMOOK, OR. 97141

KYLE W SCHUMACHER
SCHUMACHER LANE PLLC
PO BOX 558
SPRING BRANCH, TX. 78070-

US BANK TRUST NATIONAL ASSOCIATION
C/O SN SERVICING CORPORATION
323 5TH STREET
EUREKA, CA. 95501-


U.S. Trustee




Dated: May 12, 2021

/s/   Amy Rasmussen
*For* The Office of The Chapter 13 Trustee